UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| KIRSHA BROWN-Younger, | 2:11-CV-00568-PMP-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| Las Vegas Police Department, | |
| Defendant. | |

**IT IS ORDERED that** Plaintiff Kirsha Brown-Younger's Motion for Preliminary Injunction and Stay to Enforce Judgment (Doc. #3) filed April 26, 2011, and Plaintiff's Motion for Entry of Clerks Default (Doc. #5) filed May 3, 2011, and Plaintiff's Motion to Convert Default Judgment into Monetary Award (Doc. #6) filed May 9, 2011, are **DENIED**.

DATED: May 16, 2011.

_____
PHILIP M. PRO
United States District Judge