UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KIRSHA BROWN-YOUNGER,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>Defendant. | 2:11-CV-00568-PMP- PAL<br><br>ORDER |

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. #33) is **GRANTED**, and that Plaintiff's Complaint (Doc. #32) is hereby dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court shall close this action.

DATED: December 21, 2011.

PHILIP M. PRO
United States District Judge