UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIRSHA BROWN-YOUNGER, | 2:11-CV-00568-PMP- PAL |
| Plaintiff, | |
| v. | ORDER |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | |
| Defendant. | |

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. #33) is **GRANTED**, and that Plaintiff's Complaint (Doc. #32) is hereby dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court shall close this action.

DATED: December 21, 2011.

_____
PHILIP M. PRO
United States District Judge